IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CHRIMAR SYSTEMS, INC.**, | § § § | |
| *Plaintiff*, | § § | **JURY TRIAL DEMANDED** |
| v. | § | |
| **AVIGILON CORPORATION**, *et al.*, | § § | Civil Action No. 6:17-cv-682-JRG-JDL |
| *Defendants*, | § § | (LEAD CASE) |
| **PANASONIC CORPORATION**, *et al.*, | § § § | Civil Action No. 6:17-cv-637-JRG-JDL (CONSOLIDATED CASE) |
| *Defendant*, | § | |
| **WATCHNET INC.**, | § § | Civil Action No. 6:17-cv-657-JRG-JDL (CONSOLIDATED CASE) |
| *Defendant*, | § | |

**JOINT MOTION FOR EXTENSION TO COMPLY WITH P.R. 3-1 & 3-2 (INFRINGEMENT CONTENTIONS) AND P.R. 3-3 & 3-4 (INVALIDITY CONTENTIONS)**

Plaintiff Chrimar Systems, Inc. and Defendants Panasonic Corporation and Panasonic Corporation of North America ("Parties") respectfully request the Court to extend the deadline for Plaintiff to comply with P.R. 3-1 & 3-2, and Defendants to comply with P.R. 3-3 & 3-4, and in support thereof, would respectfully show the Court as follows:

Pursuant to the Court's March 23, 2018 Order Setting Scheduling Conference (DKT10), the Plaintiff's current deadline to comply with P.R. 3-1 & 3-2 is April 10, 2018. Plaintiff requests an extension of 21 days, up to and through May 1, 2018 to comply with P.R. 3-1 & 3-2 (infringement contentions). Defendants' current deadline to comply with P.R. 3-3 & 3-4 is June 5, 2018. Defendants request an extension of 21 days, up to and through June 26, 2018 to comply

P.R. 3-3 & 3-4 (invalidity contentions).

The Parties are in agreement regarding the relief sought in this motion. The requested extension of time is not being sought for purposes of delay.

DATED:  April 10, 2018

Respectfully submitted by:

/s/ *Melissa R. Smith*
Melissa Richards Smith
SBN 24001351
Gillam & Smith LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  903-934-8450
Fax:  903-934-9257
melissa@gillamsmithlaw.com

Michael A. Dorfman, *not yet admitted*
Martin S. Masar III, *not yet admitted*
Yashas K. Honasoge, *not yet admitted*
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661
(312) 902-5200
michael.dorfman@kattenlaw.com
martin.masar@kattenlaw.com
yashas.honasoge@kattenlaw.com

***Attorneys for Defendants Panasonic Corporation and  Panasonic Corporation of North America***

*/s/ Gary R. Sorden*
Gary R. Sorden
Texas State Bar No. 24066124
gary.sorden@klemchuk.com
Mark D. Perantie
Texas Bar No. 24053647
mark.perantie@klemchuk.com
Timothy J.H. Craddock

        Texas Bar No. 24082868
        tim.craddock@klemchuk.com
        KLEMCHUK LLP
        Campbell Centre II
        8150 North Central Expressway, 10th Floor
        Dallas, Texas 75206
        Telephone:  (214) 367-6000
        Facsimile:  (214) 367-6001

        ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 10, 2018.

                                      /s/ *Melissa R. Smith*
                                      Melissa R. Smith