IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CHRIMAR SYSTEMS, INC.,** § § § | | |
| *Plaintiff*, § § | **JURY TRIAL DEMANDED** | |
| v. § | | |
| **AVIGILON CORPORATION,** *et al.*, § § | Civil Action No. 6:17-cv-682-JRG-JDL | |
| *Defendants*, § § | **(LEAD CASE)** | |
| **PANASONIC CORPORATION,** *et al.*, § § § | Civil Action No. 6:17-cv-637-JRG-JDL **(CONSOLIDATED CASE)** | |
| *Defendant*, § | | |
| **WATCHNET INC.,** § § § | Civil Action No. 6:17-cv-657-JRG-JDL **(CONSOLIDATED CASE)** | |
| *Defendant*, § | | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION TO COMPLY WITH P.R. 3-1 & 3-2 (INFRINGEMENT CONTENTIONS) AND P.R. 3-3 & 3-4 (INVALIDITY CONTENTIONS)**

Before the Court is the Parties' Joint Motion For Extension To Comply With P.R. 3-1 & 3-2 (Infringement Contentions) and P.R. 3-3 & 3-4 (Invalidity Contentions). The Court, having considered same, is of the opinion the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's deadline to comply with P.R. 3-1 & 3-2 is May 1, 2018. Defendants' deadline to comply with P.R. 3-3 & 3-4 is June 26, 2018.

**So ORDERED and SIGNED this 11th day of April, 2018.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE