**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., d/b/a CMS TECHNOLOGIES and CHRIMAR HOLDING COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>AVIGILON CORPORATION, et al.,<br><br>Defendants. | **Civil Action No. 6:17-cv-682-JRG-JDL (LEAD CASE)**<br><br>**JURY TRIAL DEMANDED** |
| CHRIMAR SYSTEMS, INC., d/b/a CMS TECHNOLOGIES and CHRIMAR HOLDING COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>PANASONIC CORPORATION, et al.,<br><br>Defendants. | **Civil Action No. 6:17-cv-637-JRG-JDL (CONSOLIDATED CASE)**<br><br>**JURY TRIAL DEMANDED** |
| CHRIMAR SYSTEMS, INC., d/b/a CMS TECHNOLOGIES and CHRIMAR HOLDING COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>WATCHNET INC.,<br><br>Defendant. | **Civil Action No. 6:17-cv-657-JRG-JDL (CONSOLIDATED CASE)**<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

On this day the Court considered the Joint Motion and Notice of Voluntary Dismissal with Prejudice, filed June 21, 2018. After considering the Motion, the Court finds that the Motion should be GRANTED.

THEREFORE, **IT IS ORDERED** that Plaintiffs' claims that were asserted or that could have been asserted against Defendants Panasonic Corporation and Panasonic Corporation of North America ("Defendants") and Defendants' claims for relief that could have been asserted against Plaintiffs in this case are **DISMISSED WITH PREJUDICE** subject to the settlement agreement executed by the Parties. All attorneys' fees, costs of court, and expenses shall be borne by the party incurring same.

**So Ordered this**
**Jun 22, 2018**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE