# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **CHRIMAR SYSTEMS, INC.,  CHRIMAR HOLDING COMPANY, LLC,** | § § § § | **CIVIL ACTION NO.  6:17-CV-00682-JRG** |
| **Plaintiffs,** | § § § | |
| **v.** | § § | |
| **AVIGILON      CORPORATION, AVIGILON USA CORPORATION,** | § § § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

Plaintiff initiated this action on December 8, 2017 (Doc. No. 1). Since that time, all Defendants have been dismissed. The Court therefore enters Final Judgment.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**.  All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So Ordered this**
**Jun 22, 2018**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE